United States District Court
for The District of Columbia

Vincent Simmons #85188
    Plaintiff

Versus

George W. Bush, Jr;
et Al. Defendants

Civil Action
#: 07-0779-HHK

RECEIVED
MAY 10 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Motion,

Plaintiff, Vincent Simmons #85188, hereby informs This Hon. Court of The following to wit:

(1) enclosed is a copy of The certificate of service, That he have mailed a copy of The lawsuit via certified Returned Mail, on May 7th, 07.

(2) enclosed, please find a copy of The consent to a U.S. Magistrate Judge handling said matter, in The above captional matter.

Respectfully Submitted

Vincent Simmons #85188
Camp-C-JA9-1-R-11
LA. State Prison
Angola, LA. 70712

cc
Rd

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Vincent Simmons )
    Plaintiff(s)        )
)
v.              )    Civil Action No. 07 0779-HHK
)
George W. Bush Jr )
et Al   Defendant(s)    )

## CONSENT TO PROCEED BEFORE
## A UNITED STATES MAGISTRATE JUDGE FOR ALL PURPOSES

In accordance with the provisions of 28 U.S.C. § 636(c)(3), the parties to the above-captioned civil matter by and with the advice of their counsel hereby voluntarily waive their rights to proceed before a District Judge of the United States District Court and consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial.

_/s/ Vincent Simmons_                5/7/07
Attorney for the Plaintiff(s)          Date

_____            _____
Attorney for the Defendant(s)         Date

NOTICE: The foregoing Consent by Counsel shall be accepted upon the understanding that all counsel have secured the consent of their respective clients to the Consent and Referral to a United States Magistrate Judge for all purposes.

## ORDER OF REFERENCE

IT IS HEREBY ORDERED that the above-captioned matter be referred to a United Sates Magistrate Judge for all further proceedings and the entry of judgment in accordance with 28 U.S.C.§ 636(c)(3) and the foregoing consent of the parties.

_____            _____
United States District Judge           Date

NOTE:   RETURN THIS FORM TO THE CLERK OF THE COURT ONLY IF ALL PARTIES HAVE CONSENTED
           TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE.

CO-942B
Rev 3/95
Rev 7/99

"Certification"

I, Plaintiff Vincent Simmons #85188, do hereby verify That The Allegations contained in The foregoing Lawsuit are True And correct To The best of my Knowledge And further certify That A copy of Same, has been Served upon The defendants, George W. Bush, President, via his Attorneys: The U.S. Attorney General, D.O.J. 950 Pennsylvania Ave, N.W. Washington, D.C. 20530; The U.S. Attorneys office, 501 3rd Street, N.W. Washington, D.C. 20001; Gov. Kathleen Blanco, P.O. Box 94004, Baton Rouge, LA. 70804-9004; Louisiana Supreme court, 400 Royal Street, New Orleans, LA. 70130; The Third Circuit court of Appeals, 1000 Main Street, Lake Charles, LA. 70615; 12th Judicial District court, 312 N. Main Street, Marksville, LA. 71351; Louisiana Pardon Board, P.O. Box 94304, Baton Rouge, LA. 70804-9304; United States District court, for The Western District of Louisiana, 300 Fannin Street Suite 1167, Shreveport, LA. 71101-3083;

Court = United States 5th circuit court of Appeal, 600 South Maerstri Place New Orleans, LA. 70130; This Legal Mail is/has been in the hands of Prison officials, R. Tubbs, designated to handle All Prisoners Legal mail, To be delivered To The Prison U.S. Post office, with a withdraw form, To cover The expense for, for certify return mail So That each defendants stated above will receive A copy of Said Lawsuit, Mailed This 7th day of May, 2007.

Respectfully submitted
S. Vincent Simmons #85188
Camp-C-Ag-1-R-11
LA. State Prison
Angola, LA. 70712

Copy sent,
Verify same, has been done This 7th day of May 2007; To The Clerk of court, United States District court, for The District of Columbia, E. Barrett Prettyman U.S. Court house, 333 Constitutional Ave, N.W. Washington, D.C. 20001.