United States District
Court, for The District
of Columbia

Vincent Simmons #85188,           CASE:
        Plaintiff                 #1:07 cv-00779 (HHK)

versus

George W. Bush, et al
           Defendants

"Notice"

Plaintiff, Vincent Simmons, Pro Se, moves in The above caption case, with The enclosed (11), U.S. Postal-Service, certified mail Receipts, as verification, That each defendants and Their representators, have been served with a copy of The summons and Lawsuit on May 7th, 2007.

Respectfully Submitted
Vincent Simmons #85188

cc
U.S.D.
Ct.
R.R
files

Date
Sent, 5/8/07

RECEIVED
MAY 14 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT







