United States District Court
for The
District of Columbia

Date: 5/24/07

Vincent Simmons #85188
        Plaintiff

Case
#:207-cv-00779 HHK

versus

George W. Bush, et al
        Defendants

**RECEIVED**

MAY 2 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

"Motion"

May it please This Hon. court;

  Plaintiff, vincent simmons #85188;
Have Mailed The summons and complaints
To All defendants and Their Legal
representators, which was (11) Total;
via certify/return Mail. As of The Above
Date, Plaintiff, have received (7) of
The return receipt - Due To The Magnitude
of defendants, and enormous financial
burdens, Legal research; etc; And Plaintiff,
being Poor, his educational Limited, he is
requesting Pauperis status, And Appoint-
ment of counsel. In The interest
of Justice; so Prayed.

                Respectfully submitted by;
                S/Vincent Simmons

cc/
U.S. Att

Def
Rd.

Ct

"Order"