# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

VINCENT SIMMONS,

          **Plaintiff,**

      **v.**

GEORGE W. BUSH, JR., et al.,

          **Defendants.**

Civil Action 07-00779  (HHK)

## ORDER

Before the court is plaintiff's motion for appointment of counsel and for leave to proceed in forma pauperis [#4], filed May 29, 2007.  In order to rule on the motion to appoint counsel, the court must first determine whether the plaintiff is indigent and entitled to proceed in forma pauperis.  *See* 28 U.S.C. § 1915(a)(1).  Plaintiff has not, however, filed the requisite paperwork that would enable the court to make such a determination.

Accordingly, it is this 8th day of June, 2007, hereby

**ORDERED** that the plaintiff shall file an application to proceed *in forma pauperis* with the court no later than July 12, 2007.  The Clerk of Court is directed to mail the appropriate paperwork to the plaintiff.

Henry H. Kennedy, Jr.
United States District Judge