In The
United States District Court
for The
District of Columbia

Vincent Simmons #85188
Plaintiff

Case: #1:07-cv-00779
HHK

Versus

Geogre D. Bush, et al
Defendants

"Motion"

Plaintiff, Vincent Simmons, move this Hon court, in according with The U.S. S. Ct. 487 U.S. At 268-69, 108 S. Ct. At 2381-82 - Mail-box rule, The defendants, was properly served with The Summons and Lawsuit, via Cert/Ret-Mail. See Attached ret-rec.

Respectfully
#85188
Vincent Simmons
La. State Prison
Camp-C-Dog-1-R-11
La. State Prison
Angola, La-
70712

cc/

Rd. 76 f. 3d 337.
467. U.S. 914.
816 f. 2d 1061
Date/5/27/07
334. U.S. 1 (1948)
572 f. 2d 52

# 5

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Ralph Durkee_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name) _R. Durkee_   C. Date of Delivery _5/10/07_ |
| 1. Article Addressed to:<br>_Leo Dupreme ct_<br>_400 Royal St_<br>_New Orleans_<br>_La_<br>_70130_ | D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>  ☒ Certified Mail   ☐ Express Mail<br>  ☐ Registered      ☒ Return Receipt for Merchandise<br>  ☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service) | 7006 0810 0004 8019 5359 |

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

# 2

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Richard Laurent_ ☐ Agent ☑ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br>Gov. Kathleen Blanco<br>P.O. Box 94004<br>B.R., La.<br>70804 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>[MAY 8 2007 postmark]<br><br>3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered       ☑ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7006 0810 0004 8019 5366 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

# ##

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Vickie Ortego_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>Vickie Ortego  5/8/07 |
| 1. Article Addressed to:<br>La. Board of Pardons<br>P.O. Box 94304<br>B.R. La.<br>70804 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7005 1820 0008 1356 5762 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

L. Dust Ct
u/the Western Dist.
300 Fannin St
Suite 116
Shreveport, La 71101

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Anna Putch_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Anne Putch
C. Date of Delivery: 5-10-07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☑ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
7006 0810 0004 8019 5397

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

DER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**A. Signature**
X _Kelvin Burce_ ☐ Agent ☐ Addressee

**B. Received by (Printed Name)**
R. Burce

**C. Date of Delivery**
5/10/07

**1. Article Addressed to:**
Dugueme Ct
00 Royal St
w Orleans
La
70130

**D. Is delivery address different from item 1?** ☐ Yes
If YES, enter delivery address below: ☐ No

**3. Service Type**
☐ Certified Mail  ☐ Express Mail
☐ Registered  ☒ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

**4. Restricted Delivery? (Extra Fee)** ☐ Yes

**2. Article Number** (Transfer from service label)
7006 0810 0004 8019 5359

PS Form 3811, February 2004 — Domestic Return Receipt — 102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    U.S. 5th Circuit Ct
    of Appeals
    600 South Maestri Pl
    N.O. La.
    70130

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                    5/14/07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:    ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)
   7006 0810 0004 8019 5328

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540