In The
United States District Court
for The
District of Columbia

Vincent Simmons #85188
    Plaintiff

Versus

George W. Bush, et Al
    Defendants.

Case: # 1:07cv-00779 (HHK)

**RECEIVED**
JUL 16 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

"Motion"

Plaintiff, Vincent Simmons, move this Hon. court, in according with the U.S. S.Ct. 487 U.S. At 268, 69 108 S.Ct. At 2381-82, Mail box rule, that the defendant: G. W.B., was properly served, it is further acknowledged that the U.S. Att.Gen, was also served with a copy of summon and complaint. See attached copys of cert/ret receipt.

70 f.3d 337;
467 U.S. 914;
816 f.2d 1061;
334 U.S. 1 (1948);
572 f.2d 52

Respectfully
Vincent Simmons
La. State Prison
Camp-C-Jag-1-R-11
La. State Prison
Angola, La 70712

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   George W. Bush Jr
   President U.S.
   Whitehouse
   Pennsylvania Ave
   Washington DC
   20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X THE WHITE HOUSE
   WASHINGTON
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)
   7006 0810 0004 8019 5410

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   U S Attorney Gen.
   DOJ
   950 Pennsylvania Ave
   N. W.
   Washington DC
   20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery  5-21-07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)
   7006 0810 0004 8019 5380

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

UNITED STATES POSTAL SERVICE | ③ | First-Class Mail Postage & Fees Paid USPS Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Vincent Simmons
85188
C-Jag

MAY 29 2007

LA. STATE PRISON
MAIL/PACKAGE DEPT.
ANGOLA, LA 70712

5-7-07

---

UNITED STATES POSTAL SERVICE | First-Class Mail Postage & Fees Paid USPS Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Vincent Simmons
85188
C. Jag

MAY 25 2007

LA. STATE PRISON
MAIL/PACKAGE DEPT.
ANGOLA, LA 70712

5-7-07