United States District court
for The
District of columbia

RECEIVED
AUG 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Vincent Simmons
        Plaintiff

                                        Civil Action
                                        #1:07-00779
Versus
George W. Bush, et Al                            HHK
        Defendants


        "Jurisdiction"
The "constitution," The Law
of The Land; it's Authority
Vests This Hon, court, with The
"Powers" To check + Balance,
And enforce The Laws, when it
is violated, And contrary Applied
To its citizens.


May it Please The court;

        "Motion To supplement
his original Legal Brief, iN opposition
To The defendants grounds
for Their motion To dismiss
Plaintiff's Law suit.

1.

court
p.2.

Plaintiff avers That Jurisd—
iction of This Hon court,
was created by congress,
granted, and Applicable exclusiv
ely To The District of columbia,
sec. 1343 was Also created
As A Statute, That complies
with 1983, And 1985, To
Address The Allegations
in Plaintiff's suit.

2.

The defendants are
claiming in Their motion To dis—
miss Plaintiff's Law suit, That
They can violate The constitution
And Laws of This country and
The State of Louisiana, be—
Cause They Are Judges, And
State officials, They Are
entitled To Eleventh amend—
ments, And Judicial immunities.
Malley v. Briggs 106 S.ct. 1092 (1986)
The court Stated, And
I quote:

CONT
9-3

" (A) Neither The common Law
Nor Public Policy Affords Any
Support for Absolute immunity.
Such immunity cannot be
Permitted on The basis That
petitioners function in
seeking The Arrest warrant
was similiar To That of A
complaining witness, since
complaining witness were
Not Absolute immune At common
Law. As A Matter of Public Policy,
qualified immunite provides Ample
Protection To "All but," The Plainly
"incompetent"! or Those who "know-
ingly violate The Law".

Plaintiff, contend That To
Allow An individual, To use his
employment/official capacity
As A shield To violate The
constitution And Laws,
in violation of conscious oath
cannot be permitted To hide
behind said immunities;
because said immunities, would
Place individuals/persons Above
The Law. _

coart
p.4

④

Plaintiff further contends
That These Judge, in Their
employment/And Judicial
CAPACITIES, Are Actions of
The STATE. See Shelley V.
Kraemer, 334 u.s. 1 (1948) IN-
corporating Their Actions And
inactions, resulting in
Plaintiff's constitution
To be Violated, ▄▄▄▄▄
Prohibited by the first
8th Amendments.

⑤

Plaintiff further contend
That The defendant is Attem
pting To use hegal Technical-
ities, As A Justification
for Violating The constitut-
ion And Laws, of This
country And The STATE of
Louisiana, Prohibited by The
5th And 14th Amendment
by All States, Via it officins
And individals. By claiming
defective hegal service

court
P. 5

of his law suit. Plaintiff, is a state prisoner, locked behind bars, in a cell 24/7 each day. His only access to the mail box, at the head of his tier, on the other side of the bars. He have been complying with the U.S. S.Ct decision, the mail box rule, Houston v. Lack, 487 U.S. at 2381-82.

Therefore, this court should not, allow these violaters of the constitution, the laws, and plaintiffs civil and constitional rights.

The defendants are also attempting to use statute of limitations as an escape route, for their repeated, and intentional violations of the constitution, and the laws of this country and the state of Louisiana. It must not get via this hon-court, clear vision

cont
P.6

Plaintiff contends, further in according with the U.S. Sct. Mail box rule, Lack supra he is timely before this Hon court, see ex-A-1-5. This should be adequate, to sustain that plaintiff was timely in the courts, as required by the mail box rule.

Plaintiff, conclude, that this Hoan court, should move according to the U.S Supreme courts guidance cited in his brief in defense of the constitutional! grant him the long over dur Justice and freedom. As the interest of Justice requires.

Respectfully submitted

Vincent Sermons

#85188-Camp-C-Jag-1-R-11
L.A. State Prison
Angola, LA. 70712

(Certificate of service)

I Vincent Simmons #85188, Pro-se certify That a copy of The foregoing motion To supplement his original legal brief, in opposit ions To The defendants Motions To dismiss, have been filed with The U.S.D. Ct. for The District of columbia, in civil Action # 1:07-00779; and A copy was mail To The defendants Attorneys of record Charles c. foti, Jr. Attorney General state of Louisiana; Patricia H. wilton, LA. Bar No. 18049; David G. Sanders (LA. Bar. No. 11696; Assistant Att. Gen. LA. Dept of Just 1885 North 3rd Street, Baton Rouge, LA. 70804-9005; George W. Bush, President, Gen. Del, whitehouse, Pennsylvania Ave washington, DC 20530; U.S. Attorney General Dept of Justice, 950 Pennsylvania Ave, N.W. Washington, DC. 20530; In According with The Mailbox rule, issued in Houston V. Lack, 487 U.S. At 108 S. Ct. 2381-82; by placing same in The U.S. Postal pre Paid, At camp-c-Jag-1-R unit, La. state Prison, Angola, LA. 70712; This 23 day of July 2007

Sincerely submitted by
Vincent Simmons #85188

cc
7/23/07

court
p. 7

JAN 22 2007

RECEIVED

United States District Court For
The District of Colombia

Vincent Simmons #85188

filed

(Enter above the full name of the
plaintiff or plaintiffs in this action.)

VERSUS
United States of America

(Enter above the full name of the
defendant or defendants in this action.)

## COMPLAINT

1. Previous Lawsuits:

   a. Have you begun other lawsuits in state or federal court
   dealing with the same facts involved in this action or
   otherwise relating to your imprisonment?   YES ( )  NO (✗

II. Parties:

   (In Item (A) below, place your name in the first blank and
   place your present address in the second blank. Do the same for

(1)

Memorandam

Plaintiff prays that after summary disposal of his declaratory and injunctive relief claims against defendants, that he be awarded $100,000,000.00 (dollars) in compensatory damages for emotional pain and suffering.

Signed this ___11th___ day of ___January___, 2007.

#85188

_____

Vincent A. Simmons
(signature of Plaintiff or Plaintiffs)


I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed On: ___15th January of___

#85188
_____
Signature of Movant


_____
Signature of Attorney (if any)


(3)

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

JAN 2 2007

RECEIVED

ex - A 3

UNITED STATES DISTRICT FOR THE DISTRICT OF
COLOMBIA

Telly Guillory

_____

_____

_____

Plaintiff

Versus

United States of America

_____

_____

Defendant(s)

Docket No: _____

Magistrate: _____

Judge: _____

Division: _____

File: _____

Clerk of Court _____

## COMPLAINT

1. PREVIOUS LAWSUITS:

  a. Have you begun other Lawsuits in state or Federal court dealing with the same Facts involved in this action or otherwise relating to your imprisonment?

                              Yes ( )        No (✓)

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

ex A4

Vincent Simmons
_____
                   Plaintiff

              v.

George W. Bush, et al.
_____
                   Defendant

**ORDER**

The papers in the above captioned matter are hereby returned to you for failure to comply with the Federal Rules of Civil Procedure, the Local Rules of this Court and/or the requirements of the Prison Litigation Reform Act of 1995. The papers are deficient in the following areas:

[  ]   Your complaint **must** set forth the facts of your case and indicate what kind of relief you seek from the Court. The name of this Court **must** be written at the top of the first page. The word COMPLAINT **must** appear under the caption. All parties to the suit must be named in the caption. The use of et al. is **not** permitted as the rules require you to name each defendant as well as an address to effect service.

[  ]   Your COMPLAINT **must** be typed or legibly handwritten. If you are requesting a jury trial, the demand **must** be stated in your complaint.

[  ]   Your COMPLAINT **must** bear your original signature.

[  ]   Application to proceed in forma pauperis **must** be completed and originally signed. (Enclosed)

[  ]   You **must** file a Motion for Leave to File because: _____

_____

[✓]  OTHER: We have received your check for $700.00
we need you to send in your complaint so we
can filed your case.
_____

        For the foregoing reasons, these papers are being returned unfiled. You may resubmit these papers to the Court, upon correction of the deficiency(ies) checked above. **DO NO SEND PAPERS DIRECTLY TO ANY CHAMBERS.**

4/12/07
_____
Date

**HOGAN, C.J. TFH**
_____
Chief Judge Thomas F. Hogan

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**



Vincent Simmons #85188

_____
                Plaintiff

            v.

USA
_____
                Defendant

## ORDER

The papers in the above captioned matter are hereby returned to you for failure to comply with the Federal Rules of Civil Procedure, the Local Rules of this Court and/or the requirements of the Prison Litigation Reform Act of 1995. The papers are deficient in the following areas:

[ ]   Your complaint **must** set forth the facts of your case and indicate what kind of relief you seek from the Court. The name of this Court **must** be written at the top of the first page. The word COMPLAINT **must** appear under the caption. All parties to the suit must be named in the caption. The use of et al. is **not** permitted as the rules require you to name each defendant as well as an address to effect service.

[ ]   Your COMPLAINT **must** be typed or legibly handwritten. If you are requesting a jury trial, the demand **must** be stated in your complaint.

[ ]   Your COMPLAINT **must** bear your original signature.

[ ]   Application to proceed in forma pauperis **must** be completed and originally signed. (Enclosed)

[ ]   You **must** file a Motion for Leave to File because: _____

_____

[✓] OTHER: Please complete the In forma Pauperis's
Application that is enclosed.

_____

For the foregoing reasons, these papers are being returned unfiled. You may resubmit these papers to the Court, upon correction of the deficiency(ies) checked above. **DO NO SEND PAPERS DIRECTLY TO ANY CHAMBERS.**

1/29/07
_____
Date

# HOGAN, C.J. TFH

_____
Chief Judge Thomas F. Hogan

n:\Forms\Pro Se Return Doc. Letter

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

CP A 2B

Vincent Simmons
_____
Plaintiff

v.

United States Of America
_____
Defendant

## ORDER

The papers in the above captioned matter are hereby returned to you for failure to comply with the Federal Rules of Civil Procedure, the Local Rules of this Court and/or the requirements of the Prison Litigation Reform Act of 1995. The papers are deficient in the following areas:

[ ]    Your complaint **must** set forth the facts of your case and indicate what kind of relief you seek from the Court. The name of this Court **must** be written at the top of the first page. The word COMPLAINT **must** appear under the caption. All parties to the suit must be named in the caption. The use of et al. is **not** permitted as the rules require you to name each defendant as well as an address to effect service.

[ ]    Your COMPLAINT **must** be typed or legibly handwritten. If you are requesting a jury trial, the demand **must** be stated in your complaint.

[ ]    Your COMPLAINT **must** bear your original signature.

[ ]    Application to proceed in forma pauperis **must** be completed and originally signed. (Enclosed)

[ ]    You **must** file a Motion for Leave to File because: _____

_____

[✓] OTHER: If you wish to file a new case with this court, please comply with the filing instructions that are enclosed.

For the foregoing reasons, these papers are being returned unfiled. You may resubmit these papers to the Court, upon correction of the deficiency(ies) checked above. **DO NO SEND PAPERS DIRECTLY TO ANY CHAMBERS.**

3/5/07
_____
Date

**HOGAN, C.J. TFH**
_____
Chief Judge Thomas F. Hogan