UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VINCENT SIMMONS,<br><br>    Plaintiff,<br><br>    v.<br><br>GEORGE W. BUSH, JR., et al.,<br><br>    Defendants. | Civil Action 07-00779  (HHK) |

## JUDGMENT

Pursuant to Fed. R. Civ. P. 58 and for the reasons stated by the court in its memorandum docketed this same day, it is this 13th day of August, 2007, hereby

**ORDERED** and **ADJUDGED** that judgment is entered in favor of the defendants.

                                                            Henry H. Kennedy, Jr.
                                                            United States District Court