United States District Court
For The District of Columbia

Vincent Simmons
  Plaintiff

v.

George W. Bush, Jr. et al
  Defendants

Civil Action
# 07cv-779 (HHK)

RECEIVED
AUG 27 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Motions To Reconsider Previous Judgment, based on opposition To Defendants motion To Dismiss #3. And Also Plaintiff Notice of Appeal said Judgment in The Above caption matter And case # 07cv 779.

Respectfully submitted

S/ Vincent Simmons

Certificate of service

cont
P.2

Certificate of service

Plaintiff state that a copy of the foregoing motion To reconsider, And opposition #3, And notice of Appeal on The basis of opposition #3, And reconsideration have This 20 day of August 07 have been served upon The Charles Foti, Attorney General, State of Louisiana Patricia H Wilton, 1885 North 3rd Street Baton Rouge, LA. 70804-9005. This 20 day of Aug 07, by first class mail.

Vincent A Simmons
#85188-Camp-C-Jag-t-R-11
LA. State Prison
Angola, LA- 70713