UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VINCENT SIMMONS,<br><br>                Plaintiff,<br><br>     v.<br><br>GEORGE W. BUSH, JR., et al.,<br><br>                Defendants. | Civil Action 07-00779  (HHK) |

**ORDER DENYING MOTION FOR RECONSIDERATION**

Before the court is plaintiff's motion for reconsideration of the court's memorandum opinion and judgment entered on August 13, 2007. Upon consideration of the motion, the opposition thereto, and the record of this case, it is this 4th day of September, 2007, hereby

**ORDERED** that the motion [#17] is **DENIED**.

                                                                Henry H. Kennedy, Jr.
                                                               United States District Judge