United States District Court
for The District of Columbia

Vincent Simmons
    Appellant

Versus

George W. Bush Jr.
    Appellee

RECEIVED
SEP 10 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Civil Action
#07-cv-779 HHK

Motion for Appeal.

Now into court comes Appellant Vincent Simmons #85188, who respectfully move this court, to incorporate his opposition Brief, to the Appellee's motion to Dismiss #3, as his grounds for his Appeal, filed with this court on August 20th, 2007.

Appellant is not represented by counsel, and the inmate Telly Guillory #320441, who is Assisting Appellant, has been moved to another part of the Prison.

cont P.2

Appellant contend that his claims is not "frivious", and should be reviewed, for error on the part of the lower courts, in the interest of Justice.

Appellant contend that his opposition to Appellee motion to Dismiss #3; should be accepted as his arguments for Appellant review.

Wherefore, Appellant prays that in the interest this court will accept his brief submitted on August 20th, 2007; that requested reconsideration, and intent to appeal, be granted.

Appellant Vincent Simmon hereby certify and states that a copy of same, have been forwarded to the Attorney General Charles Foti,

Certificate of service

court — Patricia Wilton, 1885
p.3 North 3rd Street, Baton
Rouge, LA- 70804-9005.
This 6th day of September
2007.
    First class mail

    S/ Vincent Simmons #85188
    La. State Prison
    Angola, LA- 70712


Thus done and signed,
this 6th day of September
2007.

    Vincent Simmons