UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VINCENT SIMMONS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>GEORGE W. BUSH, JR., et al.,<br><br>　　　　　　Defendants. | Civil Action 07-00779  (HHK) |

## ORDER

Before the court is the application of Vincent Simmons to proceed *in forma pauperis* [#20]. Upon consideration of the application and the affidavit that supports it, the court concludes that the application should be granted.

Accordingly, it is, this 22nd day of November 2007, hereby

**ORDERED** that the application of Vincent Simmons to proceed *in forma pauperis* is **GRANTED**; and it is further

**ORDERED** that Vincent Simmons shall be permitted to proceed without being required to prepay fees, costs, or give security therefor.

　　　　　　　　　　　　　　　　　　　　　　　　Henry H. Kennedy, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge