# United States Court of Appeals
### For The District of Columbia Circuit

---

**No. 07-5301**  **September Term, 2007**

07cv00779

Filed On:

Vincent Simmons,
    Appellant

v.

George W. Bush, et al.,
    Appellees

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED  NOV - 9 2007

CLERK

## ORDER

It is **ORDERED**, on the court's own motion, that this case be held in abeyance pending the district court's resolution of appellant's motion for leave to proceed on appeal in forma pauperis *filed on October 15, 2007.*

The Clerk is directed to transmit a copy of this order to the district court. The district court is requested to notify this court promptly following its disposition of the motion.

FOR THE COURT:
Mark J. Langer, Clerk

BY: /s/ Elizabeth V. Scott
Elizabeth V. Scott
Deputy Clerk