# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 07-5301**  **September Term 2007**
07cv00779

Filed On: May 6, 2008

Vincent Simmons,

 Appellant

v.

George W. Bush, et al.,

 Appellees

**MANDATE**

Pursuant to the provisions of Fed. R. App. Pro. 41(a)

ATTACHED: ___ Amending Order
___ Opinion
___ Order on Costs

**BEFORE:** Sentelle, Chief Judge, and Henderson and Rogers, Circuit Judges

## ORDER

Upon consideration of appellant's motion for appointment of counsel; the motion for summary affirmance and the response thereto; appellant's motion for procedural requirements; and appellant's motion to introduce evidence, it is

**ORDERED** that the motion for appointment of counsel be denied. With the exception of defendants appealing or defending in criminal cases, appellants are not entitled to appointment of counsel when they have not demonstrated sufficient likelihood of success on the merits. It is

**FURTHER ORDERED** that the motion for summary affirmance be granted. The merits of the parties' positions are so clear as to warrant summary action. See Taxpayers Watchdog, Inc. v. Stanley, 819 F.2d 294, 297 (D.C. Cir. 1987) (per curiam). Appellant's damages claims are barred by Heck v. Humphrey, 512 U.S. 477 (1994) (criminal defendant may not recover damages under 42 U.S.C. § 1983 for harm caused by actions whose unlawfulness would render conviction or sentence invalid unless conviction or sentence has been invalidated in another proceeding). Because the President is entitled to absolute immunity for acts taken in his official capacity, see Fields v. Office of Eddie Bernice Johnson, 459 F.3d 1, 12 (D.C. Cir. 2006), judges are entitled to absolute immunity for acts taken in their official capacities, see Mitchell v. Forsyth, 472 U.S. 511, 520 (1985), and actions against state officials in their official

A True Copy:
United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk

# United States Court of Appeals
### For The District of Columbia Circuit

---

**No. 07-5301**                                          **September Term, 2007**

capacities are barred by sovereign immunity, see Ali v. District of Columbia, 278 F.3d 1, 6 (D.C. Cir. 2002) (citation omitted), the district court properly dismissed appellant's claims against those officials. It is

      **FURTHER ORDERED** that appellant's remaining motions be dismissed as moot.

      Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**